

USDC- BALTIMORE
'23 AUG 3 PM 1:21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | Criminal No. 8:23-cr-00210-RDB |
| v. | * | |
| DAVID EPSTEIN | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Robert B. Schulman, Richard Bardos and Schulman, Hershfield & Gilden, P.A. as counsel for Defendant David Epstein in the above-captioned matter.

Dated: August 3, 2023

Respectfully submitted,

*/s/ Robert B. Schulman, Esq.*
Robert B. Schulman, Fed. Bar No. 00068
RBS@shg-legal.com
Richard Bardos, Fed Bar No. 01559
rbardos@shg-legal.com
Schulman, Hershfield & Gilden, P.A.
One East Pratt Street, Suite 904
Baltimore, Maryland 21202
Tel: (410) 332-0850
Fax: (410) 332-0866

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2023, the foregoing Entry of Appearance was filed and served, using the ECF filing system, upon:

Erek L. Barron, Esquire
United States Attorney
36 S. Charles Street
Baltimore, MD 20201

/s/ Robert B. Schulman, Esq.