AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

USDC- BALTIMORE
'23 AUG 23 AM10:56

**SEALED**

United States of America

v.

DAVID EPSTEIN

Case No. RDB 23cr210

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DAVID EPSTEIN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Wire Fraud, Money Laundering
in violation of 18 U.S.C. Sections 1343 and 1957

Date: 14 June 2023

_____
*Issuing officer's signature*

City and state:    Baltimore, Maryland

Hon. A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/15/23 , and the person was arrested on *(date)* 8/3/23 at *(city and state)* Baltimore, MD . Self surrendered. |
| Date: 8/3/23 |

_____
*Arresting officer's signature*

Jaysen Seabo / Special Agent (IRS)
*Printed name and title*